# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00045-CR

**Christopher Bradley Young, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 71001, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant Christopher Bradley Young appeals his conviction for evading detention with a vehicle. *See* Tex. Penal Code § 38.04. Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has represented to the Court that she provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, — S.W.3d —, No. PD-0702-13, 2014 WL 2865901, at *4 (Tex. Crim. App. June 25, 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

**We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, **on or before July 25, 2014**. *See Kelly*, — S.W.3d —, 2014 WL 2865901, at *4.

It is so ordered on this the 15th day of July, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish

2